IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICIA IKEGULU                                                                    PLAINTIFF

VS.                                    Case No. 06-CV-4013

DANNY ORMAND, individually
and in his official capacity as the Sheriff
of Lafayette County; and LAFAYETTE
COUNTY SHERIFF'S DEPARTMENT                                                         DEFENDANTS

## ORDER

Before the Court is Separate Defendant Lafayette County Sheriff's Department's Motion to Dismiss. (Doc. 4) Plaintiff has responded, (Doc. 7) stating she has no objection to the motion so long as Separate Defendant, Danny Ormand, individually and in his official capacity as Sheriff of Lafayette County, remains in the suit. Upon consideration, the Court finds the motion should be and hereby is **granted.** Separate Defendant Lafayette County Sheriff's Department is hereby dismissed as a Defendant to this suit.

IT IS SO ORDERED, this 24th day of May, 2006.

                                                  /s/ Harry F. Barnes
                                                  Hon. Harry F. Barnes
                                                  U.S. District Court